IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01424-GPG

**AMARJIT SINGH**,

    Applicant,

v.

**SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY**;
**LORETTA LYNCH**, U.S. Attorney General; and
**Director of Immigration & Naturalization Service (USCIS)**,

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 14, 2015, it is hereby

    **ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

    DATED at Denver, Colorado, this 14 day of October, 2015.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk


                      By: s/ A. García Gallegos
                          Deputy Clerk